UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Kurak, Debra A.,<br><br>    Debtor. | Case No. 08-13724-JNF<br><br>Chapter 7 |

Objection of Chapter 7 Trustee To Motion For
Relief From Stay Filed By South Point, Inc., as
Serviced by Wilshire Credit Corporation

    Warren E. Agin (the "Trustee"), the chapter 7 trustee of the above debtor(s) (the "Debtors") hereby objects to the Motion For Relief From Stay (the "Motion") filed by South Point, Inc., as Serviced by Wilshire Credit Corporation (the "Creditor"). In support of his objection, the Trustee states as follows:

    1.    The Trustee admits the allegations contained in paragraphs 2, 6, 9 and 16 of the Motion.

    2.    The Trustee lacks sufficient information to admit or deny the allegations contained in the other paragraphs of the Motion.

    3.    The mortgage which the Credit seeks relief from stay to foreclose appears on its face to be executed by the Debtor as a witness, and not as a borrower. The Trustee has requested from the Debtors documents related to the real estate affected by the Motion, but as of June 11, 2008, has not received the requested documentation. In the absence of these documents, and until completion of the 341 meeting of creditors, the Trustee is unable to determine the value of the subject property, the existence of any homestead exemption thereon and the validity and extent of any asserted liens encumbering same. Accordingly, the Trustee cannot make an accurate determination of whether there is any equity in the property for the benefit of the estate.

Page 2 of 2

4. Upon the receipt and review of the requested documents, and after completion of the 341 meeting, the Trustee will be better able to determine the allegations set forth in the Motion and the continued viability of this objection.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

i) denying the Motion; and

ii) granting such further relief as it deems just and proper.

                    Warren E. Agin, as Trustee,
                    By his Attorney,

/s/Warren E. Agin
Warren E. Agin (BBO 554242)
Swiggart & Agin, LLC
197 Portland Street
Boston, MA 02114
(617) 742-0110 x203
wea@swiggartagin.com

Dated: June 11, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Kurak, Debra A.,<br><br>     Debtor(s). | Case No.  08-13724-JNF<br><br>Chapter 7 |

### CERTIFICATE OF SERVICE

I, Warren E. Agin, do hereby certify that:

A. on June 11, 2008, I caused a Notice of Electronic Filing to be electronically transmitted to the following parties with respect to the Objection of Chapter 7 Trustee To Motion For Relief From Stay Filed By South Point, Inc., as Serviced by Wilshire Credit Corporation (the "Pleading(s)"):

    Christopher M. Lefebvre

    Office of the U.S. Trustee

    Christopher Matheson

B. on June 11, 2008, I served a copy of the Pleadings on the following parties by mailing a copy of the same by first class mail, postage prepaid, except where the Notice of Electronic Filing indicated that Notice was electronically mailed to the party: none.

Signed under the penalties of perjury June 11, 2008.

/s/Warren E. Agin
Warren E. Agin (BBO 554242)
Swiggart & Agin, LLC
197 Portland Street
Boston, MA 02114
(617) 742-0110 x203
wea@swiggartagin.com